STATE OF CONNECTICUT *v.* MARVIN WOODARD

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 786, is denied.

*William H. Narwold, William H. Bright, Jr.,* and *Laura Welch Ray,* in support of the petition.

Decided September 17, 1992

WENDEL HASAN *v.* WARDEN, STATE PRISON

The petitioner's petition for certification for appeal from the Appellate Court, 27 Conn. App. 794, is denied.

*Louis S. Avitabile,* special public defender, in support of the petition.

*Julia DiCocco Dewey,* assistant state's attorney, in opposition.

Decided September 17, 1992

DOMINIC FULCO *v.* THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 800, is granted, limited to the following question:

"In the circumstances of this case, was the plaintiff's claim for negligent infliction of emotional distress barred by the exclusivity provision of the Workers' Compensation Act, General Statutes § 31-284 (a)?"

*Joseph T. Sweeney* and *James M. Sconzo,* in support of the petition.

*Dominic Fulco III,* in opposition.

Decided September 17, 1992